## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01274-LTB

BRIAN CROMBIE, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MOLSON COORS BREWING COMPANY,
PETER H. COORS,
W. LEO KIELY III,
CHARLES M. HERINGTON,
FRANKLIN W. HOBBS,
RANDALL OLIPHANT,
PAMELA PATSLEY,
WAYNE SANDERS,
ALBERT C. YATES,
TIMOTHY V. WOLF,
PETER SWINBURN,
DAVID G. BARNES, and
PETER M.R. KENDALL,

    Defendants.

_____

## ORDER REGARDING STIPULATED MOTION TO TRANSFER VENUE
## IN ANTICIPATION OF CONSOLIDATION
_____

THIS MATTER having come before the Court upon the parties' Stipulated Motion To Transfer Venue In Anticipation Of Consolidation, the Court being fully advised in the premises:

    A.    IT IS HEREBY ORDERED that the Motion is GRANTED.

    B.    This case is hereby transferred to the United States District Court for the District of Delaware in anticipation of consolidation with the consolidated securities

class action, *In re Molson Coors Brewing Company Securities Litigation*, Civil Action No. 1:05-CV-00294-KAJ.

  C. The Clerk of the Court shall take whatever steps are necessary to effect the orderly transfer of this case directly to the United States District Court for the District of Delaware.

            BY THE COURT:

              s/Lewis T. Babcock
            LEWIS T. BABCOCK, Chief Judge

DATED: March 2, 2006